**STATE of Missouri, Respondent,**

v.

**Kedar MUHAMMAD a/k/a William Brown, Appellant.**

**No. WD 37020.**

Missouri Court of Appeals,
Western District.

Jan. 28, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 4, 1986.

Application to Transfer Denied March 25, 1986.

Paul R. Katz, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for assault, first degree, in violation of § 565.-050, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).